COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-296-CV

JOSE RODRIGUEZ AND EVA RODRIGUEZ
 
APPELLANTS

V.

TEXAS RECONSTRUCTION, INC.
 APPELLEE

 
 

----------

FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the parties’ “Joint Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED:  November 5, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.